United States District Court
Southern District of Texas
**ENTERED**
November 09, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Ivan Lebedev, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-9725 |
| | § | |
| Markwayne Mullin, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER GRANTING EXTENSION

Before the Court is Respondents' Motion for Extension of Time to File a Responsive Pleading. Doc. 7. The Motion is GRANTED. Respondents' deadline to file their brief in response to Petitioner's request for emergency relief is EXTENDED to November 10, 2026, at 8:00 a.m.

The hearing scheduled for November 9, 2026, at 2:00 p.m. in Courtroom 9C is RESET to November 10, 2026, at 9:00 a.m. in Courtroom 9C.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 9th of November, 2026.

Nicholas J. Ganjei
United States District Judge