United States District Court
Southern District of Texas
**ENTERED**
November 09, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Ivan Lebedev, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-9725 |
| | § | |
| Markwayne Mullin, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER DENYING EMERGENCY MOTION AS MOOT**

Before the Court is Petitioner Ivan Lebedev's Emergency Motion for a Temporary Restraining Order and Preliminary Injunction. Doc. 1 ¶¶ 60–70. Therein, Petitioner seeks an injunction to attend his adjustment-of-status interview with the United States Citizenship and Immigration Services (USCIS) scheduled for November 10, 2026, at 7:15 A.M. *See id.* ¶ 70; Doc. 2 at 4.

On November 9, 2026, at 4:00 P.M., this Court held a hearing on the Motion. Thereafter, Respondents filed a Notice of Virtual Hearing, informing the Court that "ICE is working with USCIS to obtain the virtual appearance of the Petitioner at his adjustment of status hearing tomorrow morning." Doc. 13 at 1.

As such, Petitioner's Emergency Motion is DENIED AS MOOT. Respondents are ORDERED to file a status report by 9:00 A.M. on November 10, 2026, updating the Court as to whether Petitioner was permitted to attend his adjustment-of-status interview virtually.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 9th of November, 2026.

Nicholas J. Ganjei
United States District Judge